■ ALISON QUARTAROLO-JOHANSON, Respondent, v ROY JOHANSON, Appellant. [12 NYS3d 575]—Appeal from a judgment of divorce of the Supreme Court, Nassau County (Edward A. Maron, J.), entered June 27, 2013. The judgment, insofar as appealed from, upon a decision dated March 14, 2013, made after a nonjury trial, awarded taxable maintenance to the plaintiff in the sum of $1,500 per month, commencing on July 1, 2010, and continuing until June 1, 2015, and failed to award the defendant a separate property credit in the sum of $74,019.45.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

"[T]he amount and duration of maintenance is a matter committed to the sound discretion of the trial court and every case must be determined on its unique facts" (*Mazzone v Mazzone*, 290 AD2d 495, 496 [2002]). Upon our review of the record, we find that the Supreme Court providently exercised its discretion in awarding maintenance to the plaintiff in the sum of $1,500 per month for a period of five years, retroactive to the date of commencement of the action.

The defendant's remaining contentions are without merit. Skelos, J.P., Hall, Sgroi and Barros, JJ., concur.